

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

Kailash C. Chopra                           Bankruptcy No. 11-34750 WIL

    Debtor(s)                           Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Wells Fargo Bank, N.A., as Trustee for
Carrington Mortgage Loan Trust, Series 2006-
FRE1 Asset-Backed Pass-Through Certificates

    Movant

v

Kailash C. Chopra

    Respondent(s)

and

US Trustee - Greenbelt

    Trustee

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>ORDER MODIFYING STAY</u>
### <u>1510 10th Street NW, Washington, DC 20001</u>

Upon consideration of the Motion for Relief from Stay of Wells Fargo Bank, N.A., as
Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through
Certificates, the Movant having established its entitlement to the relief requested, it is thereupon,
by the United States Bankruptcy Court for the District of Maryland,

**Page 1**

ORDERED, that the Motion for Relief from Stay filed herein be and it is hereby GRANTED; and the Stay imposed pursuant to 11 U.S.C., Section 362(a) against any acts of the Movant, its successors and assigns, to enforce the provisions the Deed of Trust dated April 27, 2006 and is recorded among the Land Records of District of Columbia, DC instrument no. 2006082345, including but not limited to foreclosure pursuant to the power of sale contained in the Deed of Trust, and the recovery of possession of the premises, is hereby terminated, with respect to that certain residential real property known as **1510 10th Street NW, Washington, DC 20001**, and it is further,

ORDERED, that pursuant to Local Rule 4001-3, if there is a surplus of proceeds following the foreclosure sale, a copy of the Auditor's Report and a Report of Sale be filed in this Court within ten days of final ratification of the Auditor's Account by the Circuit Court, and it is further,

ORDERED, that this Order shall be and remain fully effective as to the Debtor notwithstanding the prior conversion of this case or a subsequent conversion to a different chapter or administration under a different Chapter of the Bankruptcy Code.

Copies to be mailed to:

Scott R. Robinson, Esquire
THE FISHER LAW GROUP, PLLC
Kailash C. Chopra
Jonathan C. Silverman
US Trustee - Greenbelt

Matter No.: 11-01261

**"END OF ORDER"**
**Page 2**